UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TYRA GRAHAM, | No. 2:14-cv-02916-MCE-CMK |
| Plaintiff, | |
| v. | **ORDER** |
| WAL-MART STORES, INC. and GENERAL ELECTRIC COMPANY, | |
| Defendants. | |

Pursuant to the parties' January 6, 2015, Stipulation (ECF No. 5), Defendants Wal-Mart Stores, Inc. and General Electric Company shall file responsive pleadings to Plaintiff's Complaint on or before February 4, 2015.

IT IS SO ORDERED.

Dated: January 13, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

1