**Robert K. Phillips, Esq. (SBN 135088)**
**Anna C. Gehriger, Esq. (SBN 248484)**
**Phillips Spallas & Angstadt LLP**
505 Sansome St., 6th Floor
San Francisco, California 94111
Telephone: (415) 278-9400
Facsimile: (415) 278-9411
agehriger@psalaw.net

Attorneys for Defendant
Wal-Mart Stores, Inc.

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TYRA GRAHAM,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>WAL-MART STORES, INC. and<br>GENERAL ELECTRIC COMPANY,<br><br>　　　　Defendants. | Case No. 2:14-cv-02916-MCE-CMK<br><br>**PARTIES' STIPULATED REQUEST AND ORDER TO EXTEND PARTIES' TIME TO FILE JOINT STATUS REPORT**<br><br>**[Local Rule 144(a)]** |

　　　　Plaintiff TYRA GRAHAM ("Plaintiff") and named Defendant WAL-MART STORES, INC. and named Defendant GENERAL ELECTRIC COMPANY ("Defendants") hereby respectfully request that the Court grant an extension of the parties' February 16, 2015 deadline to file a Joint Status Report, pursuant to the following stipulation:

　　　　1.　　The parties previously stipulated to a twenty-eight (28) day extension of time for Defendants to file their respective responsive pleadings by February 4, 2015.

　　　　2.　　Per the Court's Order Requiring Joint Status Report, the deadline for the Joint Report is February 16, 2015.

　　　　3.　　The parties are committed to attempting early resolution of this matter and

1  therefore request and require additional time to prepare a joint status report, which is to include
2  the parties' discovery plan.
3      4.    Therefore, the parties stipulate and respectfully request to file their Joint Status
4  Report on or before March 2, 2015.
5  IT IS SO STIPULATED AND REQUESTED:
6  Date:__2/6/2015_____

By: _/s/ Richard J. Zuromski Jr. (as authorized on February 6, 2015)
Richard J. Zuromski, Jr., Esq.
Attorney for Plaintiff
TYRA GRAHAM

Date:_____2/3/2015_____


By: _/s/ David D. Mesa_(as authorized on February 2, 2015)
David D. Mesa, Esq.
Attorney for Defendant
GENERAL ELECTRIC COMPANY


Date:_____2/3/2015_____

By: _/s/ Anna C. Gehriger__
Robert K Phillips, Esq.
Anna C. Gehriger, Esq.
Attorneys for Defendant
WAL-MART STORES, INC.

    **IT IS SO ORDERED.**

Dated: February 11, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT