# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TYRA GRAHAM, | ) Case No. 2:14-cv-02916-MCE-CMK |
| Plaintiff, | ) |
| v. | ) |
| WAL-MART STORES, INC. and GENERAL ELECTRIC COMPANY, | ) Judge: Hon. Morrison C. England, Jr. |
| Defendants. | ) |

## **NOTICE OF UNOPPOSED REQUEST TO SEAL DOCUMENTS**

Comes now the Plaintiff and hereby gives Notice of her Unopposed Request to Seal Documents that she intends to attach as exhibits to her Motion to Remove the Confidentiality Designation of Certain Documents that has yet to be filed. For support, the Plaintiff states as follows:

On April 3, 2015, a Stipulated Protective Order (Document 18) was entered governing the use of documents produced by the Parties in this case. Paragraph 11 of the Stipulated Protective order states:

> Filing under Seal. Except for use in trial, in the event that any "CONFIDENTIAL" or "CONFIDENTIAL – ATTORNEYS' EYES ONLY" is used in motions, briefs, or other documents filed with the Court, such document shall be filed under seal according to the procedures set forth by the Court, the Local Rules, the Federal Rules of Civil Procedure, and/or any other applicable rules.

Plaintiff intends on attaching certain documents produced by the Parties in her Motion to Remove the Confidentiality Designation of Certain Documents that has yet to be filed. The documents Plaintiff wishes to have filed under seal have "confidential" or "confidential – attorneys' eyes only" stamped on them.

Thus, pursuant to the Stipulated Protective Order (Document 18), those documents shall be filed under seal. The documents that Plaintiff requests to be sealed mostly consist of internal communications among employees of Defendant Wal-Mart Stores, Inc. and Defendant General Electric Company. Other documents include test reports on the subject food processor and a list of consumers injured by the subject food processor. A specific list of the documents that Plaintiff requests to be sealed will be listed in the Unopposed Request to Seal Documents that is being filed contemporaneously with this Notice to Seal Documents. The Request and Proposed Order are being served on all Parties to this case. The said documents are already in possession of the Defendants but are being served on the Defendants again with this Notice.

By: /s/ Michael Carr
Michael Carr
4416 South Harvard Ave.
Tulsa, Oklahoma 74135
918-747-1000
Attorney for Plaintiff

-and-

Richard Zuromski
Zuromski Law Office
446 Old County Road. Suite 100-115
Pacifica, CA 94044
Attorney for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that on the 8th day of March, 2016, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon the following:


Anna C. Gehriger, Esq.
PSA Phillips Spallas & Angstadt, LLP
505 Sansome Street, Sixth Floor
San Francisco, CA 94111
Counsel for Defendant Wal-Mart Stores, Inc.

-and-


David Mesa
Sedgwick LLP
333 Bush Street, 30th Floor
San Francisco, CA 94104-2834
Attorney for Defendant General Electric, Company.

             _____/s/ Michael Carr_____