UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TYRA GRAHAM,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>WAL-MART STORES, INC. and<br>GENERAL ELECTRIC COMPANY,<br><br>　　　　　Defendants. | Case No. 2:14-cv-02916-MCE-CMK<br><br>**ORDER GRANTING REQUEST TO FILE DOCUMENTS UNDER SEAL**<br><br>Judge:　Hon. Morrison C. England, Jr. |

　　　Having reviewed Plaintiffs' Unopposed Request to File Documents under Seal, and good cause appearing, the Court GRANTS Plaintiff's Unopposed Request to File Documents under Seal (ECF No. 24)  The following documents may be filed under seal:

- WM09001
- GE00423-GE00427
- WMHOe-003717-001 -00001810
- GE02136-GE02139
- WMHOe-002208-008-00004600 - WMHOe-002208-008-00004601
- WMHOe-003717-001 -00001836-00001837
- WMHOe-002208-008-00003941
- WMHOe-003717-001 -00000131 - WMHOe-003717-001 -00000132
- WMHOe-002207-013-00000073 - WMHOe-002207-013-00000074
- WM07917 – WM07918
- WMHOe-003717-001 -00001239 - WMHOe-003717-001 -00001242
- WMHOe-003717-001 -00001810 - WMHOe-003717-001 -00001812
- WMHOe-003717-001 -00001075 - WMHOe-003717-001 -00001077.

- WMHOe-002007-011 -00000406 - WMHOe-002007-011 -00000407
- GE00021 - GE00023
- WM00015-WM00016
- WMHOe-003717-001 -00001247-00001248
- WMHOe-002007-011 -00000406-0000407
- WMHOe-003748-001 -00001077

IT IS SO ORDERED.

Dated: March 10, 2016

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT