UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TYRA GRAHAM,<br><br>    Plaintiff,<br><br>v.<br><br>WAL-MART STORES, INC. and<br>GENERAL ELECTRIC COMPANY,<br><br>    Defendants. | Case No. 2:14-cv-02916-MCE-CMK<br><br>**ORDER**<br><br>Judge: Hon. Morrison C. England, Jr. |

Having received and reviewed Defendant Wal-Mart Stores, Inc.'s Request to File Document Under Seal, and good cause appearing, this Court GRANTS the Request. The following document may be filed under seal:

(1) Spreadsheet dated March 18, 2016 and marked "Confidential"

IT IS SO ORDERED.

Dated: April 5, 2016

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT