UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TYRA GRAHAM,

        Plaintiff,

  v.

WAL-MART STORES, INC. and
GENERAL ELECTRIC COMPANY,

        Defendants.

Case No. 2:14-cv-02916-MCE-CMK

**PARTIES' STIPULATED PROTECTIVE ORDER CONCERNING WALMART CONSUMERS' IDENTITIES AND CONTACT INFORMATION**

**[Minute Orders, Docket Entires 39, 40 and 42; Notice of Motion, Doc. 33 and Joint Statement, Doc. 38]**

## STIPULATION

Plaintiff TYRA GRAHAM ("Plaintiff) and named Defendant WAL-MART STORES, INC. ("Defendant") hereby stipulate as follows:

1. In compliance with the Court's Minute Orders (Docket Entries 30, 40, and 42) following hearing on Defendant's Motion (Doc. 33) and the parties' respective arguments as set forth in Joint Statement (Doc. 38) regarding same, the parties hereby propose that this protective order govern the handling of consumer names and contact information Plaintiff and her counsel seek to obtain from Defendant.

2. Any consumer information obtained by Plaintiff and her counsel in this matter shall be used only for the purpose of this lawsuit by Plaintiff Tyra Graham.

3. Any consumer information obtained by Plaintiff's counsel in this matter may not be shared with other consumers, and may not be shared with attorneys or staff not employed by Carr & Carr Attorneys, 4416 South Harvard Ave., Tulsa, OK 74114.

4. In any other concurrent or future litigation involving the General Electric Food Processor (Model No.169203), Defendant retains its right to object to the disclosure of any consumers' identities and contact information in the specific venue and

jurisdiction where said case is filed and pending.  The Court's Order in the instant matter (Docket Nos. 39, 42) shall not constitute a waiver of Defendant's right or standing to object to the disclosure of consumer names and contact information as concerns any other case involving the General Electric Food Processor (Model No.169203) or any other product sold by Defendant and have said objection heard by the relevant Court.

5. The parties also hereby expressly incorporate the terms and conditions of the Stipulated Protective Order (Doc.18), which governs this general litigation.

IT IS SO STIPULATED:

DATED:  June 10, 2016            CARR & CARR

                                 By:/s/ Michael Carr
                                    Michael Carr
                                    Attorney for Plaintiff
                                    TYRA GRAHAM


DATED:  June 14, 2016            PHILLIPS SPALLAS, ANGSTADT LLP

                                 By: /s/ Anna Gehriger
                                    Robert K. Phillips
                                    Anna C. Gehriger
                                    Attorneys for Defendant
                                    WAL-MART STORES, INC.

**ORDER**

The parties having so stipulated and agreed, **IT IS SO ORDERED.**

Dated:  June 14, 2016

                                 _____
                                 CRAIG M. KELLISON
                                 UNITED STATES MAGISTRATE JUDGE

## CERTIFICATE OF SERVICE

I, the undersigned, declare:

That I am employed in the City and County of San Francisco, State of California; that I am over the age of eighteen years and not a party to the within cause; that my business address is 505 Sansome Street, Sixth Floor, San Francisco, California 94111.

That on April 20, 2016, I served a true and correct copy of the foregoing, **PARTIES' (PROPOSED) STIPULATED PROTECTIVE ORDER CONCERNING WALMART CONSUMERS' IDENTITIES AND CONTACT INFORMATION**, by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the outgoing mail box located in my office addressed as set forth below in accordance with ordinary business practices for deposit with the United States Postal Service in San Francisco, California.

> **Michael Carr**
> **Carr & Carr**
> 4416 South Harvard Ave.
> Tulsa, OK 74135
> Co-Counsel for Plaintiff
>
> **Richard Zuromski**
> **Zuromski Law Office**
> 446 Old County Road, Suite 100-115
> Pacifica, CA 94044
> Co-Counsel for Plaintiff

A true copy of the foregoing was also electronically filed with the Clerk of the Court using the CM/ECF system.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on June 14, 2016, at San Francisco, California.

/s/ Veronica Yu
Veronica Yu