**Robert K. Phillips, Esq. (SBN 135088)**
**Anna C. Gehriger, Esq. (SBN 248484)**
**Phillips Spallas & Angstadt LLP**
505 Sansome St., 6th Floor
San Francisco, California 94111
Telephone: (415) 278-9400
Facsimile:  (415) 278-9411
agehriger@psalaw.net

Attorneys for Defendant
Wal-Mart Stores, Inc.

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TYRA GRAHAM, | Case No.  2:14-cv-02916-MCE-CMK |
| Plaintiff, | **PARTIES' STIPULATED REQUEST TO EXTEND TIME TO FILE AND HEAR DISPOSITIVE MOTIONS; ORDER THEREON** |
| v. | |
| WAL-MART STORES, INC. and GENERAL ELECTRIC COMPANY, | |
| Defendants. | |

Plaintiff TYRA GRAHAM ("Plaintiff") and named Defendant WAL-MART STORES, INC. ("Defendant") hereby respectfully request a sixty (60)-day extension of the last day to hear dispositive motions, as follows:

1.  Pursuant to the Court's Pretrial Scheduling Order (Docket No. 20), the last day to hear dispositive motions is October 20, 2016. The Court has kindly informed the parties that said deadline applies to any motions to exclude experts.

2.  Pursuant to the Court's Pretrial Scheduling Order (Docket No. 20), the last day to file a dispositive motion is August 25, 2016, which is eight (8) weeks prior to the last day to hear same (October 20, 2016).

3. Due to experts' and attorneys' work and travel schedules, expert depositions are scheduled to occur <u>after</u> the August 25, 2016 deadline.  The three (3) experts' depositions are scheduled for August 26, August 30, and September 1, 2016.

4. Accordingly, the parties request that the last day to hear dispositive motions (October 20, 2016) be extended by sixty (60) days to at least December 20, 2016 or to a date thereafter that is convenient for the Court.

5. And, the parties also request that the deadlines for filing the motion, opposition/cross-motion, reply/opposition to cross-motion, and reply to cross-motion also be extended by sixty (60) days.

6. The parties have met and conferred and respectfully submit that the requested extension will not adversely affect the trial which is set for April 17, 2017.

IT IS SO STIPULATED AND REQUESTED:

Dated July 22, 2016

By:  /s/ Michael Carr
 Michael Carr
Attorney for Plaintiff
TYRA GRAHAM

Dated July 22, 2016

By:  /s/ Anna Gehriger

Robert K Phillips, Esq.
Anna C. Gehriger, Esq.
Attorneys for Defendant
WAL-MART STORES, INC.

///

///

///

///

///

# ORDER

In accordance with the foregoing stipulation, and good cause appearing, any dispositive motions in this matter must be heard not later than December 15, 2016.

**IT IS SO ORDERED.**

Dated: July 29, 2016

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE