UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TYRA GRAHAM, <br><br> Plaintiff, <br><br> v. <br><br> WAL-MART STORES, INC. and GENERAL ELECTRIC COMPANY, <br><br> Defendants. | Case No. 2:14-cv-02916-MCE-CMK <br><br> Judge: Hon. Morrison C. England, Jr. |

### NOTICE OF DEFENDANT'S REQUEST TO FILE DOCUMENT UNDER SEAL IN COMPLIANCE WITH PARTIES' STIPULATED PROTECTIVE ORDER

Defendant Wal-Mart Stores, Inc. ("Wal-Mart") hereby submits Notice of its Request to File Document under Seal, pursuant to Local Rule 141(b).

Pursuant to the parties' Stipulated Protective Order (Document 18) entered on April 3, 2015 as Document 18 in this Court's docket, Wal-Mart will submit to the Court a Request to File Documents Under Seal in Compliance with Parties' Stipulated Protective Order.  Wal-Mart intends to attach exhibits to its Partial Motion for Summary Judgment, filed concurrently.

The document contains confidential information concerning claims made by consumers relating to a food processor that is at issue in this litigation.  The document is protected as follows by the Parties' Stipulated Protective Order (Document 18) which states in pertinent part:

> 10.  *Submission of Confidential Material to the Court.* Where a party seeks to submit documents to the Court that have been or that contain information designated as Confidential Material by another party, the submitting party shall file such documents under seal. […] Where a submitting party declines to seek an order sealing documents submitted

to the Court containing its own Confidential Material, the submitted material will no longer qualify for protection as Confidential Material under this Protective Order.

11. *Filing under Seal*. Except for us in trial, in the event that any "CONFIDENTIAL" [document] is used in motions, briefs, or other documents filed with the Court, such document shall be filed under seal. […]

The documents Wal-Mart seeks to file under seal will need to be exhibits of Wal-Mart's Partial Motion for Summary Judgment, to explain to the Court the material facts relevant to this motion.

The Request to Seal Documents, proposed order and the document itself are being submitted to the Court and served on plaintiff's counsel via electronic correspondence. All parties are already in possession of the documents Wal-Mart seeks to seal and is being served with another copy, accompanying Wal-Mart's Request.

Dated: November 14, 2016                Respectfully Submitted,


                                        By: /s/ Sara Tackett
                                        Robert K Phillips, Esq.
                                        Sara K. Tackett, Esq.
                                        PHILLIPS SPALLAS & ANGSTADT LLP
                                        Attorneys for WAL-MART STORES, INC.

## **CERTIFICATE OF SERVICE**

       I hereby certify that on the 14th day of November 2016, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon the following:

Michael Carr
4416 South Harvard Ave.
Tulsa, Oklahoma 74135
Attorney for Plaintiff

   –   and   –

Richard Zuromski
Zuromski Law Office
446 Old County Road. Suite 100-115
Pacifica, CA 94044
Attorney for Plaintiff

                                                                  /s/ Sara K. Tackett