UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TYRA GRAHAM,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>WAL-MART STORES, INC. and<br>GENERAL ELECTRIC COMPANY,<br><br>　　　　Defendants. | No. 2:14-cv-02916-MCE-CMK<br><br><br><br>**ORDER SEALING DOCUMENTS** |

　　　　Having received and reviewed Defendant, Wal-Mart Stores, Inc.'s Request to File Documents under Seal (ECF No. 59), and good cause appearing, said Request is GRANTED. The following documents may be filed under seal:

　　(1) GE01500 marked "Confidential" and attached as Exhibit C to Affidavit of Sara Tackett in Support of Partial Motion for Summary Judgment.

　　(2) GE00065 marked "Confidential" and attached as Exhibit D to Affidavit of Sara Tackett in Support of Partial Motion for Summary Judgment.

　　IT IS SO ORDERED.

Dated:  November 16, 2016

　　　　　　　　　　　　　　　　　　／s／ Morrison C. England, Jr.
　　　　　　　　　　　　　　　　　　MORRISON C. ENGLAND, JR
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE