UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TYRA GRAHAM,<br><br>            Plaintiff,<br><br>    v.<br><br>WAL-MART STORES, INC. and<br>GENERAL ELECTRIC COMPANY,<br><br>            Defendants. | No.  2:14-cv-02916-MCE-CMK<br><br>**ORDER GRANTING REQUEST TO FILE DOCUMENTS UNDER SEAL** |

Having reviewed Plaintiff's Unopposed Request to File Documents under Seal, and good cause appearing, said request is GRANTED.  The following documents may be filed under seal:

- EXHIBIT 4: WM09001-WM09009
- EXHIBIT 5: GE00423-GE00427
- EXHIBIT 6: WMHOe-003717-001 -00001810 - WMHOe-003717-001 -00001812
- EXHIBIT 7: GE02138-GE02139
- EXHIBIT 8: WMHOe-002208-008-00004600 - WMHOe-002208-008-00004601
- EXHIBIT 9: WMHOe-003717-001 -00001836-00001837
- EXHIBIT 10: WMHOe-002208-008-00003941 -  WMHOe-002208-008-00003944
- EXHIBIT 11: WMHOe-003717-001 -00000131 - WMHOe-003717-001 -00000132

1

- EXHIBIT 12: WMHOe-002207-013-00000073 - WMHOe-002207-013-00000074
- EXHIBIT 13: WM07917 – WM07918
- EXHIBIT 14: WMHOe-003717-001 -00001239 - WMHOe-003717-001 -00001242
- EXHIBIT 15: WM00015-WM00016
- EXHIBIT 16: WMHOe-003717-001 -00001075 - WMHOe-003717-001 -00001077.
- EXHIBIT 17: WMHOe-002007-011 -00000406 - WMHOe-002007-011 -00000407
- EXHIBIT 18: GE00021 - GE00023
- EXHIBIT 20: GE00037 - GE00038
- EXHIBIT 26: Carr to M Carr 031816
- EXHIBIT 38: WM008064 – WM008074

IT IS SO ORDERED.

Dated:  November 30, 2016

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE