# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TYRA GRAHAM, | ) Case No. 2:14-cv-02916-MCE-CMK |
| Plaintiff, | ) |
| v. | ) |
| WAL-MART STORES, INC. and GENERAL ELECTRIC COMPANY, | ) Judge: Hon. Morrison C. England, Jr. |
| Defendants. | ) |

## JOINT NOTICE OF TRIAL READINESS

Both the Plaintiff and Defendant have conferred and hereby submit the following Joint Notice of Trial Readiness pursuant to the Court Order (ECF No. 55) as follows:

Both parties agree that this case is unrelated to any other case in the United States Eastern District of California.

Both parties demand a jury and anticipate trial length of 4 to 5 days.

No special procedures are needed.

Both parties agree that a further settlement conference would not be helpful.

Both parties would request that this case be set for a jury trial on this Court's next available trial docket.

Respectfully Submitted,

By: /s/ Michael Carr
    Michael Carr
    4416 South Harvard Ave.
    Tulsa, Oklahoma 74135
    918-747-1000
    Attorney for Plaintiff


    /s/ Anna Gehriger
Anna. Gehriger, Esq.
PSA Phillips Spallas & Angstadt, LLP
505 Sansome Street, Sixth Floor
San Francisco, CA 94111
Counsel for Defendant Wal-Mart Stores, Inc.