Robert K. Phillips, Esq. [SBN 135088]
Anna C. Gehriger, Esq. [SBN 248484]
**PHILLIPS, SPALLAS & ANGSTADT, LLP**
505 Sansome St., 6th Floor
San Francisco, California 94111
Telephone:  (415) 278-9400
Facsimile:  (415) 278-9411
rphillips@psalaw.net
Attorneys for Defendant, Wal-Mart Stores, Inc.

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| TYRA GRAHAM,<br><br>                    Plaintiff,<br><br>        v.<br><br>WAL-MART STORES, INC. and<br>GENERAL ELECTRIC COMPANY,<br><br>                    Defendants. | Case No. 2:14-cv-02916-MCE-CMK<br>Assigned to the Honorable United States<br>District Court Judge Morrison C. England, Jr.<br>Courtroom 7, 14th Floor<br><br>**DEFENDANT WALMART STORES, INC.'S OBJECTION TO SUPPLEMENTAL PRETRIAL SCHEDULING ORDER** |

Defendant Wal-Mart Stores, Inc. ("Walmart") presents the following objections to the Court's Supplemental Pretrial Scheduling Order filed January 5, 2017.

Walmart hereby objects to the setting of the jury trial on May 1, 2017 as counsel for Walmart will be commencing trial in the matter of *Maria Ledezma v. Walmart Stores, Inc.*, Superior Court of California, County of Kings, Case No. 14C0335 on that same date.

Thus, Walmart hereby respectfully requests that the May 1, 2017 trial date be continued to a later date which is convenient to the Court. Further, Walmart is commencing trial in the matter of *Maya Gariby v. Wal-Mart Stores, Inc.*, Superior Court of California, County of Alameda, Case No. RG14715907 on May 22, 2017. The matter of Gariby v. Wal-Mart Stores,

1    Inc. is a very complicated case and will require a substantial amount of pre-trial preparation and

2    discovery time including substantial expert witness depositions and discovery. Walmart

3    anticipates this trial will require two to three weeks to complete.

4           For this Court's convenience, Counsel for Walmart is available for a trial commencement

5    date of July 24, 2017 or September 11, 2017.

6           Walmart further respectfully requests that this Court continue the pre-trial deadline dates

7    pursuant to the new trial date.

8

9    DATED:  January 17, 2017                    **PHILLIPS SPALLAS, ANGSTADT LLP**

10

11                                               By: /s/ ROBERT K. PHILLIPS
                                                     Robert K. Phillips
12                                                   Anna C. Gehriger
                                                     Attorneys for Defendant
13                                                   WAL-MART STORES, INC.

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

## CERTIFICATE OF SERVICE

2 I, the undersigned, declare:

3      That I am employed in the City and County of San Francisco, State of California; that I

4 am over the age of eighteen years and not a party to the within cause; that my business address is

5 505 Sansome Street, Sixth Floor, San Francisco, California 94111.

6      That on January 17, 2017, I served a true and correct copy of the foregoing,

7 DEFENDANT WALMART STORES, INC.'S OBJECTION TO SUPPLEMENTAL PRETRIAL

8 SCHEDULING ORDER, on the parties listed in said cause by placing a true copy thereof in a

9 sealed envelope with postage thereon fully prepaid, in the outgoing mail box located in my office

10 addressed as set forth below in accordance with ordinary business practices for deposit with the

11 United States Postal Service in San Francisco, California. I am readily familiar with my office

12 business practice for collection and processing or correspondence for mailing and the within

13 correspondence will be deposited with the United States Postal Service this date in the ordinary

14 course of business.

15      **Michael Carr**
**Carr & Carr**

16 4416 South Harvard Ave.
Tulsa, OK 74135

17 Co-Counsel for Plaintiff

18      **Richard Zuromski**
**Zuromski Law Office**

19 446 Old County Road, Suite 100-115
Pacifica, CA 94044

20 Co-Counsel for Plaintiff

21

22      A true copy of the foregoing was also electronically filed with the Clerk of the Court

23 using the CM/ECF system.

24      I declare under penalty of perjury under the laws of the United States that the foregoing

25 is true and correct.  Executed on January 17, 2017, at San Francisco, California.

26                         /s/ Veronica Yu

27                         Veronica Yu

28