Robert K. Phillips, Esq. [SBN 135088]
Anna C. Gehriger, Esq. [SBN 248484]
**PHILLIPS, SPALLAS & ANGSTADT, LLP**
505 Sansome St., 6th Floor
San Francisco, California 94111
Telephone: (415) 278-9400
Facsimile: (415) 278-9411
rphillips@psalaw.net
Attorneys for Defendant, Wal-Mart Stores, Inc.

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TYRA GRAHAM, <br><br> Plaintiff, <br><br> v. <br><br> WAL-MART STORES, INC. and GENERAL ELECTRIC COMPANY, <br><br> Defendants. | Case No. 2:14-cv-02916-MCE-CMK <br> Assigned to the Honorable United States District Court Judge Morrison C. England, Jr. <br> Courtroom 7, 14th Floor <br><br> **DEFENDANT WALMART STORES, INC.'S REPLY TO PLAINTIFF'S RESPONSE TO WALMART'S OBJECTION TO SUPPLEMENTAL PRETRIAL SCHEDULING ORDER** |

COMES NOW, Wal-Mart Stores, Inc. ("Walmart") and files this Reply to Plaintiff's Response to Walmart's Objection to Supplemental Pretrial Scheduling Order.

Preliminarily, Plaintiff's Response to Walmart's Objection to Supplemental Pretrial Scheduling Order is improper. As specifically provided in the Supplemental Pretrial Scheduling Order, each party is permitted an opportunity to object to the trial date if timely done so. Here, Walmart timely and properly objected to the trial date. There is no provision allowing Plaintiff to file a "Response" to any properly and timely asserted objection.

Notwithstanding the above, Plaintiff bases her response to Walmart's objection on two grounds: (1) that Walmart did not identify who the trial attorney in each of the cases will be and

(2) that the Court should wait until the settlement conferences in the respective trials to see if the cases settle before moving the trial date in the instant case.

First, Robert K. Phillips, Esq., will be the lead trial attorney on this case. Mr. Phillips is also the lead trial attorney in *Ledezma v. Wal-Mart Stores, Inc.* and in *Gariby v. Wal-Mart Stores, Inc.*

Second, Walmart objects to Plaintiff's proposal to wait until the March and April settlement conferences in the above referenced cases before moving the instant trial date. There is significant pre-trial work that will be required in all three cases which will need to be completed before the settlement conferences. In this very case in fact, given the current trial date, pre-trial conference statements; trial briefs; evidentiary and procedural motions; oppositions to same; replies to same; and the pre-trial conference are all to be completed in February and March. This is before the settlement conferences in the other matters which also require extensive pre-trial preparation at the same time. Walmart will be prejudiced if the instant trial, and accompanying pre-trial, dates are not moved.

Walmart renews its request and again respectfully requests that this Court continue the May 1, 2017 trial date and accompanying pre-trial deadline dates pursuant to the new trial date.

DATED: January 20, 2017          **PHILLIPS SPALLAS, ANGSTADT LLP**

By: /s/ ROBERT K. PHILLIPS
    Robert K. Phillips
    Anna C. Gehriger
    Attorneys for Defendant
    WAL-MART STORES, INC.

## **CERTIFICATE OF SERVICE**

I, the undersigned, declare:

That I am employed in the City and County of San Francisco, State of California; that I am over the age of eighteen years and not a party to the within cause; that my business address is 505 Sansome Street, Sixth Floor, San Francisco, California 94111.

That on January 17, 2017, I served a true and correct copy of the foregoing, DEFENDANT WALMART STORES, INC.'S OBJECTION TO SUPPLEMENTAL PRETRIAL SCHEDULING ORDER, on the parties listed in said cause by placing a true copy thereof in a sealed envelope with postage thereon fully prepaid, in the outgoing mail box located in my office addressed as set forth below in accordance with ordinary business practices for deposit with the United States Postal Service in San Francisco, California. I am readily familiar with my office business practice for collection and processing or correspondence for mailing and the within correspondence will be deposited with the United States Postal Service this date in the ordinary course of business.

**Michael Carr**
**Carr & Carr**
4416 South Harvard Ave.
Tulsa, OK 74135
Co-Counsel for Plaintiff

**Richard Zuromski**
**Zuromski Law Office**
446 Old County Road, Suite 100-115

Pacifica, CA 94044
Co-Counsel for Plaintiff

A true copy of the foregoing was also electronically filed with the Clerk of the Court using the CM/ECF system.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on January 17, 2017, at San Francisco, California.

/s/ Veronica Yu
Veronica Yu