UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TYRA GRAHAM,<br><br>    Plaintiff,<br><br>    v.<br><br>WAL-MART STORES, INC.,<br><br>    Defendant. | No. 2:14-cv-02916-MCE-CMK<br><br>**ORDER** |

The Complaint and Demand for Jury Trial in this matter was filed on December 16, 2014, alleging injury to the Plaintiff caused by defective design and/or manufacturing of a food processor sold and distributed by the sole remaining Defendant, Wal-Mart Stores, Inc. Wal-Mart Stores, Inc.'s Motion for Summary Judgment was denied on August 31, 2017, after which and upon review of the parties' Joint Notice of Trial Readiness, the Court set a Jury Trial on March 26, 2018. See ECF. No. 101.

///

///

///

///

1

1     On January 20, 2018, the Court vacated the Final Pretrial Conference and Jury Trial due to the confirmation of a 36-day criminal trial with an in-custody Defendant scheduled to begin on February 26, 2018. Thereafter, the matter was set for a Status Re: Trial Setting on March 7, 2019, due to the unavailability of this Court's schedule for a new trial date until June of 2019.

    On February 26, 2018, the Courtroom Deputy emailed counsel regarding the availability for trial June 4-6, 2018, to which defense counsel replied he and his experts were unavailable. On February 27, 2018, Plaintiff's counsel filed a Motion to Advance the Trial Status Conference or in the alternative, ". . . set a trial date without holding a status conference". See ECF No. 105. After review of Plaintiff's Motion, due to the age of this case, extremely limited availability of trial dates for this Court, and because counsel was likely prepared for the March 26, 2018, trial date, the Court makes the following orders.

    The March 7, 2019, Status Re: Trial Setting Conference is vacated. This matter is set for a Final Pretrial Conference on May 3, 2018, at 2:00 p.m. and a three (3) day Jury Trial on June 4, 2018, at 9:00 a.m., both hearings in courtroom 7. The parties may renotice or file Motions in Limine not later than April 19, 2018, all of which will be considered at the Final Pretrial Conference.

Dated: February 28, 2018

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

2