# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TYRA GRAHAM, | Case No. 2:14-cv-02916-MCE-CMK |
| Plaintiff, | |
| v. | |
| WAL-MART STORES, INC. and GENERAL ELECTRIC COMPANY, | Judge: Hon. Morrison C. England, Jr. |
| Defendants. | |

## ORDER GRANTING UNOPPOSED REQUEST TO SEAL DOCUMENTS

On this 9th day of April, 2018, Plaintiffs' Request to File Documents under Seal comes before this Court. On consideration and for good cause, this Court GRANTS Plaintiff's Request to File Documents under Seal. The following documents may be filed under seal:

- EXHIBIT 2: GE00423-GE00427
- EXHIBIT 3: WMHOe-002208-008-00004600 - WMHOe-002208-008-00004601
- EXHIBIT 4: WM09001-WM09009
- EXHIBIT 5: WMHOe-003717-001 -00000131 - WMHOe-003717-001 -00000132
- EXHIBIT 6: WMHOe-002207-013-00000073 - WMHOe-002207-013-00000074
- EXHIBIT 7: WM00015-WM00016
- EXHIBIT 9: GE00021 - GE00023
- EXHIBIT 11: GE00037 - GE00038
- EXHIBIT 17: Claims Spreadsheet Bates No. WM07917-WM07918.
- EXHIBIT 22: Claims Spreadsheet

Unless Plaintiffs timely seek a further extension, the above documents shall remain sealed not longer than one (1) year from the date this order is electronically filed. The Clerk's Office is directed to set a case management deadline of April 12, 2019, as to the expiration of the sealing order.

IT IS SO ORDERED.

Dated: April 11, 2018

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE