UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TYRA GRAHAM,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>WAL-MART STORES, INC. and<br>GENERAL ELECTRIC COMPANY,<br><br>　　　　Defendants. | Case No. 2:14-cv-02916-MCE-CMK<br>Assigned to the Honorable<br>United States District Court<br>Judge Morrison C. England, Jr.<br>Courtroom 7, 14th Floor<br><br>**ORDER GRANTING DEFENDANT, WAL-MART STORES, INC.'S, REQUEST TO FILE DOCUMENTS UNDER SEAL IN COMPLIANCE WITH THE PARTIES' STIPULATED PROTECTIVE ORDER IN SUPPORT OF OPPOSITION TO PLAINTIFF'S MOTION TO REMOVE THE CONFIDENTIALITY DESIGNATION OF CERTAIN DOCUMENTS** |

Wal-Mart Stores, Inc.'s ("Walmart") Request to File Documents Under Seal in Compliance with the Parties' Stipulated Protective Order in Support of Walmart's Opposition to Plaintiff's Motion to Remove the Confidentiality Designation of Certain Documents is now before this Court. On consideration, this Court GRANTS the Request. The following documents may be filed under seal:

　(1)　Exhibit C to the Declaration of Priya Navaratnasingham in Support of Defendant Walmart Stores, Inc.'s Opposition to Plaintiff's Motion to

1  Remove the Confidentiality Designation of Certain Documents, bate
2  stamped WM008064-8074;
3  (2) Exhibit D to the Declaration of Priya Navaratnasingham in Support of
4  Defendant Walmart Stores, Inc.'s Opposition to Plaintiff's Motion to
5  Remove the Confidentiality Designation of Certain Documents, a
6  trademark licensing agreement between GE and Walmart;
7  (3) Exhibit F to the Declaration of Priya Navaratnasingham in Support of
8  Defendant Walmart Stores, Inc.'s Opposition to Plaintiff's Motion to
9  Remove the Confidentiality Designation of Certain Documents, bate
10  stamped GE01500; and
11  (4) Exhibit G to the Declaration of Priya Navaratnasingham in Support of
12  Defendant Walmart Stores, Inc.'s Opposition to Plaintiff's Motion to
13  Remove the Confidentiality Designation of Certain Documents, bate
14  stamped WMHOe-002207-154301-00000079-105.
15  IT IS SO ORDERED.
16  Dated: May 15, 2018

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE