# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TYRA GRAHAM, | Case No. 2:14-cv-02916-MCE-CMK |
| Plaintiff, | |
| v. | **ORDER OF DISMISSAL** |
| WAL-MART STORES, INC. and GENERAL ELECTRIC COMPANY, | Judge: Hon. Morrison C. England, Jr. |
| Defendants. | |

On consideration and for good cause, this Court GRANTS the parties' Stipulation of Dismissal of Wal-Mart Stores, Inc. The above-entitled matter is hereby dismissed, in its entirety, with prejudice, as to all causes of action and as against all parties. The Clerk of Court is directed to close the file.

IT IS SO ORDERED.

Dated: July 2, 2018

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE